■ SIMON & SCHUSTER, INC., Plaintiff, v BRUCE EDWARDS, Defendant and Third-Party Plaintiff-Respondent. BILL ADLER BOOKS, INC., Third-Party Defendant-Appellant. — Order, Supreme Court, New York County (Leonard Cohen, J.), entered on June 28, 1984, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Examination before trial of Reverend Bruce Edwards is to be held within 30 days after the date of this court's order. No opinion. Concur — Sandler, J. P., Asch, Silverman, Fein and Alexander, JJ.

■ UMB BANK AND TRUST COMPANY, Respondent, v SYLVIA WITZBAUM, as Executrix of BENJAMIN WITZBAUM, Deceased, Appellant. — Order, Supreme Court, New York County (Alvin Klein, J.), entered on May 12, 1983, and judgment of said court, entered thereon on May 31, 1983, unanimously affirmed, without costs and without disbursements. The appeal from order of said court entered on March 21, 1983 unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEVERO GUEVARA, Appellant. — Judgment, Supreme Court, Bronx County (Alvin Schlesinger, J.), rendered on April 12, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Alexander, JJ.

■ CARLTON MANAGEMENT, LTD., et al., Appellants, v 527 MDN PROPERTY, INC., et al., Respondents. — Order, Supreme Court, New York County (Louis Grossman, J.), entered on September 4, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on September 7, 1984, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Bloom, Fein, Milonas and Kassal, JJ.